UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                    :
MANUEL PETROLINO GUACHIAC TAMBRIZ,                  :
                                                    :
                          Petitioner,               :
                                                    :          26-CV-4247 (JMF)
          -v-                                       :
                                                    :          ORDER
TODD BLANCHE et al.,                                :
                                                    :
                          Respondents.              :
                                                    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The parties are required to meet and confer — ideally today or tomorrow, but **no later than May 26, 2026** — as to the basis of Petitioner's detention and the parties' respective positions.

- If the matter cannot be resolved without briefing, the Government shall file any opposition to the Petition **no later than May 28, 2026.** Petitioner shall file any reply **no later than June 1, 2026.**

SO ORDERED.

Dated: May 21, 2026
       New York, New York

_____
JESSE M. FURMAN
United States District Judge