**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MANUEL PETROLINO GUACHIAC TAMBRIZ,

                          Petitioner,              26 **CIVIL** 4247 (JMF)

      -against-                            **JUDGMENT**

TODD BLANCHE et al.,

                          Respondents.
--------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated June 9, 2026, the Petition is

DENIED and judgment is entered in favor of Respondents; accordingly, the case is closed.

**DATED:** New York, New York
           June 10, 2026

                              **TAMMI M. HELLWIG**

                                     **Clerk of Court**

             **BY:**          *K. mango*

                                      **Deputy Clerk**